**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JESSALYN L. MARCUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TIMOTHY GEITHNER, | ) |
| Secretary of the Treasury, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 10- 1508

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to the complaint filed against the same defendants in a civil action now pending in this Court. *See Marcus v. Dep't of Treasury*, No. 1:09-cv-01686 (RMU) (D.D.C. Sept. 3, 2009). The Court will dismiss the instant civil action as duplicative.

An Order is issued separately.

United States District Judge

DATE: August 31, 2010